IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

_____

STEPHEN P. KUEHL, *et al,*,

      Plaintiffs,                         ORDER

     v.                           25-cv-846-wmc

AIRBNB, INC., *et al.*,

      Defendants.

_____

The court held a video status conference today to address plaintiffs' motions to compel discovery (dkt. #74), as well as a more recent motion to compel and modify the scheduling order in this case (dkt. #83). First, the court GRANTED the Kuehl plaintiffs' motion to compel discovery as to the October 2024 Site Inspection. (Dkt. #74.) On or before July 1, 2026, each defendant must produce all evidence responsive to the Kuehl plaintiffs' Feb. 18, 2026, requests for production regarding the "October 2024 Site Inspection," including defendant Airbnb. (Dkt. #74, at 3-4.) Further, to the extent they have not done so already, defendants must confirm with their site investigators that they have fully complied with the court's order compelling this discovery, including producing all responsive material retained by any investigator hired by a defendant.

Second, the court GRANTED the Witte plaintiffs' motion to compel discovery (dkt. #83) as follows: defendant Airbnb must respond to the Witte plaintiffs' written discovery and provide contact information for past renters of the premises; arrange for the prompt deposition of NEFCO inspector Chuck Peeters; and to the extent that Mr. Peeters's deposition or other discovery should reveal that other experts' testimony is necessary to

identify or locate any of the "missing artifacts" from the October 2024 Site Inspection, the court authorizes those depositions as well.  The court grants both of plaintiffs' motion to compel without costs at this time, though they may renew their requests for costs and fees if appropriate after further discovery.

Finally, all upcoming deadlines, including the trial date, are STRUCK pending the court's resolution of defendant Airbnb's motion to compel arbitration.  (Dkt. #8.)  As discussed during the status conference, discovery remains open, and the court expects defendants to comply promptly consistent with this order.

Entered this 24th day of June, 2026.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge